UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SHERRI A. VALADE,

                Plaintiff,

v.

CAROLYN W. COLVIN,[1]
Acting Commissioner of Social Security

                Defendant.
-------------------------------------------------------X

**CONSENT ORDER AWARDING ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. 2412(d)**

Hon. Frederick J. Scullin, Jr., S.J.
Hon. David E. Peebles, M.J.
Civil Action No. 7:12-CV-01517

      Lawrence D. Hasseler having requested attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that RICHARD S. HARTUNIAN, United States Attorney, and Rebecca H. Estelle, Special Assistant United States Attorney, attorneys for Defendant, having consented to the entry of an Order awarding an amount of six thousand dollars [$6,000.00] for attorney's fees payable to Lawrence D. Hasseler, 307 State Street, Carthage, New York.  It is further agreed that payment of fees will be made directly to Plaintiff's attorney if Plaintiff has agreed to transfer her rights to EAJA fees to her attorney, provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program. The Court having reviewed the record in this matter;

IT IS on this  28th  day of June 2013;

ORDERED that Plaintiff's attorney be allowed a fee under the Equal Access to Justice Act in the amount of six thousand dollars [$6,000.00] for attorney's fees.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C § 405(g).

_____
Hon. Frederick J. Scullin, Senior Judge
United States District Judge

The undersigned hereby consent to the form and entry of the within order.

                RICHARD S. HARTUNIAN
                United States Attorney

Dated: June 16, 2013

        By:    _/s/Rebecca H. Estelle_
              Rebecca H. Estelle
              Special Assistant U.S. Attorney


              CONBOY, MCKAY, BACHMAN & KENDALL, LLP
              Attorney for Plaintiff

Dated: June 27, 2013

        By:    s/Lawrence D. Hasseler
              Lawrence D. Hasseler, Esq.